UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| KUIU, Inc., | ) Case No.: 2:16-CV-02194-JAM-DB |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| EASTMANS' PUBLISHING INC., | ) |
| Defendant. | ) |

    Plaintiff KUIU, Inc., and Defendant Eastmans' Publishing Inc., having stipulated and agreed that the hearing on Defendant's Motion to Stay Proceedings and Motion to Transfer Venue scheduled for November 15, 2016 be vacated and rescheduled;

    IT IS HEREBY ORDERED THAT the hearing scheduled for November 15, 2016 at 1:30 p.m. is vacated and rescheduled for December 13, 2016 at 1:30 p.m. in Courtroom 6.

DATED:  10/21/2016                                                       /s/ John A. Mendez_____
                                                                                       United States District Court Judge